IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| OMAR J. MONTOYA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, at the request of the Probation Officer, and without objection by the plaintiff,

IT IS ORDERED that Defendant Montoya's revocation hearing is rescheduled to Friday, October 29, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 30, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge